IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FRED MARTINEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**HEATH, et al.,**<br><br>Defendants. | 2:24-cv-0516 JDP (P)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF POST-SCREENING ADR PILOT PROJECT** |

Having reviewed Defendants' motion to opt out of the post-screening ADR project, the Court finds that the request is supported by good cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out of the post-screening ADR project is GRANTED;

2. The stay of this action is LIFTED forthwith; and

3. Defendants shall file a responsive pleading by January 10, 2025.

IT IS SO ORDERED.

Dated:   December 9, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE