UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED MARTINEZ, | Case No. 2:24-cv-0516-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| HEATH, *et al.*, | |
| Defendants. | |

Plaintiff has filed a motion to modify the discovery deadline until July 15, 2025. ECF No. 29. Defendants have filed a response stating that they do not oppose plaintiff's requested modification, but they request that the court extend the dispositive motion to October 13, 2025.[1] ECF No. 31. Good cause appears, plaintiff's and defendants' motions are granted.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion to modify the scheduling order, ECF No. 29, is GRANTED.

2. The deadline for completion of all discovery, including filing all motions to compel, is July 15, 2025.

3. Defendants' response, ECF No. 31, so construed as a motion to modify the scheduling order is GRANTED.

---

[1] Defendants' response is construed as a motion.

1

4. The deadline for filing dispositive motions is October 13, 2025.

IT IS SO ORDERED.

Dated:   May 21, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE