UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED MARTINEZ, | Case No. 2:24-cv-0516-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| HEATH, *et al.*, | |
| Defendants. | |

On request of defendants, the court modified the discovery and scheduling order to extend the discovery deadline until July 15, 2025, and the dispositive motion deadline until October 13, 2025. ECF No. 32. Shortly thereafter, plaintiff filed a motion to stay, ECF No. 33, and defendants filed another motion to modify the scheduling order, ECF No. 34. Defendants ask that the deadline to take plaintiff's deposition be extended until September 15, 2025, and the deadline to file dispositive motions be extended until December 13, 2025. Plaintiff seeks to stay this action due to his mental health concerns.

Good cause appearing, defendant's motion is granted. Because the court is granting defendants' motion and providing the parties with additional time, the court will deny plaintiff's

1

motion at this time. Should plaintiff need additional time past the new deadlines, he should file a motion explaining why he needs more time.[1]

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion to stay this proceeding, ECF No. 33, is DENIED.

2. Defendants' motion to modify the discovery and scheduling order, ECF No. 34, is GRANTED.

3. The deadline for defendants to take plaintiff's deposition is extended to September 15, 2025, and the deadline to file dispositive motions is extended to December 13, 2025.

IT IS SO ORDERED.

Dated: September 2, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's motion to stay this action was directed at every active case brought by plaintiff in the Eastern District. *See* ECF No. 33 at 1. While the court understands the obstacles that pro se prisoner inmates face, plaintiff should take care to avoid blanket motions and file motions that are specific for this action.