1

2

3

4

5                        UNITED STATES DISTRICT COURT

6                  FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8    FRED MARTINEZ,                          Case No.  2:24-cv-0516-DJC-JDP (P)

9                  Plaintiff,

10         v.                                 ORDER

11   HEATH, et al.,

12                  Defendant.

13

14         On October 16, 2025, Plaintiff filed a request for reconsideration of the

15   Magistrate Judge's order filed October 6, 2025, denying Plaintiff's motion for

16   appointment of counsel without prejudice.  Pursuant to E.D. Local Rule 303(f), a

17   magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to

18   law."  *Id*.  Upon review, the Court finds that it does not appear that the Magistrate

19   Judge's ruling was clearly erroneous or contrary to law.

20         Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the

21   Magistrate Judge filed October 16, 2025, is affirmed, and Plaintiff's motion for

22   reconsideration, ECF No. 40, is DENIED.   This matter is referred back to the

23   Magistrate Judge.

24

25         IT IS SO ORDERED.

26   Dated:  __**November 7, 2025**__

27                                            Hon. Daniel J. Calabretta
                                             UNITED STATES DISTRICT JUDGE
28

                                        1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28