UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED FELEKI MARTINEZ,

        Plaintiff,

    v.

HEATH, *et al.*,

        Defendants.

Case No.  2:24-cv-0516-DJC-JDP (P)

ORDER

Pending is defendants' motion for summary judgment.  ECF No. 43.  After plaintiff failed to file a timely opposition, I entered an order directing him to show cause why this action should not be dismissed for failure to prosecute and to comply with local rules.  ECF No. 47.  Plaintiff filed a response to that order, ECF No. 49, wherein he states that he is confused as to what is being asked of him.  *Id.* at 1-2.  He also claims that prison staff have confiscated his legal files and that his attempts to procure a copy of his deposition testimony have been fruitless.  *Id.* at 3-5.  Finally, he requests that, to oppose the motion for summary judgment, he be permitted to depose defendants.  *Id.* at 6-7.

I am not unsympathetic to the difficulties facing *pro se* prisoner litigants, but I decline to grant plaintiff any special accommodations in opposing the motion for summary judgment.

1

Discovery in this case is long closed.  ECF Nos. 32 & 36.  And plaintiff is not entitled to a copy of his deposition transcript free of charge.  *See Spencer v. Lopez*, No. 1:20-cv-01203-JLT-CDB (PC), 2022 U.S. Dist. LEXIS 203006, *5 (E.D. Cal. Nov. 4, 2022) ("A prisoner proceeding *in forma pauperis* is not entitled to a free transcript of his deposition taken by defendants in civil rights suit.").  The only task remaining for plaintiff is to either oppose the motion by setting forth his best argument as to why summary judgment is unwarranted, or to file a statement of non-opposition.  He may show this order to the relevant prison authorities as evidence that he is litigating a federal action and should be allowed to access the law library and any relevant legal documents.  Defendants have indicated that they do not object to a forty-five day extension to file an opposition.  ECF No. 50 at 2.

Accordingly, it is ORDERED that, within forty-five days of this order's entry, plaintiff must submit his opposition or statement of non-opposition to defendants' motion for summary judgment.  If he fails to do so, the motion will be deemed submitted and I will issue my recommendations.

IT IS SO ORDERED.

Dated:    February 27, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE