UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED FELEKI MARTINEZ,

Plaintiff,

v.

HEATH, *et al.*,

Defendants.

Case No.  2:24-cv-0516-DJC-JDP (P)

ORDER

Defendants' motion for summary judgment is pending.  ECF No. 43.  Plaintiff has filed a written opposition, ECF No. 55, and a one-page request for oral argument by way of the Zoom application, ECF No. 54.  The request for oral argument is denied.  Nothing in plaintiff's brief motion explains what information he intends to provide in oral argument that is not already in his opposition or why oral argument is otherwise necessary.  If the court concludes after review of the pleadings, including defendants' as yet unfiled reply, that oral argument is necessary, it will reach out to the parties to set a date.

It is, therefore, ORDERED that plaintiff's motion for oral argument, ECF No. 54, is DENIED.

IT IS SO ORDERED.


Dated:     April 8, 2026                          _____
                                                  JEREMY D. PETERSON
                                                  UNITED STATES MAGISTRATE JUDGE

2